**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
**File Name: 04a0162n.06**
**Filed: December 16, 2004**

**No. 03-4403**

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| MARCELLUS JOHNSON | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| USG INTERIORS INTERNATIONAL, INC., | ) | NORTHERN DISTRICT OF OHIO |
| | ) | |
| Defendant-Appellee. | ) | |

Before: DAUGHTREY, COOK, and FARRIS,[*] Circuit Judges.

PER CURIAM. Marcellus Johnson appeals the district court's order granting summary judgment for USG Interiors International, Inc. After reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision for the reasons stated in that court's opinion.

---

[*]The Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit Court of Appeals, sitting by designation.